IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRETT ALEXANDER HALE,

    Plaintiff,                 1: 08 CV 00489 LJO YNP GSA (PC)

    vs.                       ORDER RE MOTION (DOC 20)

FELIX IBIGNOSA, et al.,

    Defendants.

On June 29, 2009, Plaintiff filed a motion requesting leave to file a first amended complaint. Along with his motion, Plaintiff lodged a proposed first amended complaint. Defendants have not filed opposition to the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a first amended complaint is granted. The Clerk is directed to file the first amended complaint lodged with the court on June 29, 2009.

IT IS SO ORDERED.

Dated:   **August 26, 2009**             /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE